# Exhibit "B"

*30/7*

# PLUMBERS AND GASFITTERS LOCAL UNION NO. 1
## OF THE
### UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA
### NEW YORK CITY

## INDEPENDENT MECHANICAL EQUIPMENT AND SERVICE DIVISION
## COLLECTIVE BARGAINING AGREEMENT (RENEWAL)

The undersigned Plumbing Contractor and individual signatory agree to be bound by all provisions of the Collective Bargaining Agreement between Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada and the Association of Contracting Plumbers of the City of New York and any amendments renewals and extensions that may hereafter be made by the parties to the Agreement. The undersigned individual signatory acknowledges that he/she has read the agreed upon changes of the Collective Bargaining Agreement, effective October 1, 2013. The undersigned Employer and individual signatory acknowledges that Local Union No. 1 of the United Association of the Plumbing and Pipe Fitting Industry of the United States and Canada claims to represent a majority of the bargaining unit, and the Employer acknowledges and agrees, that based upon Local Union No. 1 having presented or offered evidence of majority support, that a majority of its Employees have authorized Local Union No. 1 to represent them in collective bargaining, and the Employer hereby recognizes Local Union No. 1 as the exclusive bargaining representative under section 9(a) of the National Labor Relations Act of all full time and regular part time Plumbers on all present and future job sites within the jurisdiction of Local Union No. 1. The undersigned Plumbing Contractor and individual signatory agree to be bound to all agreements, declarations of trust, amendments and regulations thereto, referenced in the Collective Bargaining Agreement. All contributions shall be remitted as set forth under the Collective Bargaining Agreement and declarations of trust amendments and regulations thereto, referenced in the Collective Bargaining Agreement. The undersigned agrees to be bound by any amendments to the Collective Bargaining Agreement and all amendments and regulations of the aforesaid declaration of trusts and anything supplementary thereto as adopted by the aforesaid Association and aforesaid Local Union or their designated trustees. The undersigned Plumbing Contractor and individual signatory agree that the Collective Bargaining Agreement to which they shall be bound shall continue in effect until and including September 30, 2016 and during each year thereafter unless on or before the fifteenth (15th) day of June, 2016, or on or before the fifteenth (15th) day of June of any year thereafter, written notice of termination or proposed changes shall have been served by either party on the other party via certified or registered mail.

**Employer (Individual/Firm Corporate)**
PLEASE PRINT CLEARLY

Business Name: _Jay Ell Plumbing & Heating Co Inc_
Address: _307-7th Avenue_
_New York, NY 1001_
Telephone: _212 989.6670_
Fax #: _212-675-3760_
E-mail Address: _Don @ JayEllPlumbing.com_
Name of Government Agency Issuing Plumber's License: _NYC Dept of Buildings_
License #: _1867_
Employer Identification #: _____
Name/Title of Person Signing: _Donald Lebnikoff V/P_
Signature: _Donald Lebnikoff_
Date of Signing: _Oct 30, 2013_

Plumbers Local Union No. 1
Name/Title of person signing: _John J. Murphy, Business Manager_
Signature: _____
Date of Signing: _11/7/13_

RECEIVED
PLUMBERS LOCAL UNION # 1

NOV 0 8 2013

TRUST FUNDS

**158-29 GEORGE MEANY BOULEVARD*HOWARD BEACH, NEW YORK 11414**
PHONE (718) 738-7500*FAX (718) 835-0896